THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State, Respondent,
v.
Lamont Antwan
 Delaney, Appellant.
 
 
 

Appeal From Charleston County
James C. Williams, Jr., Circuit Court
 Judge

Unpublished Opinion No. 2011-UP-443
Submitted October 1, 2011  Filed October
 11, 2011 

AFFIRMED

 
 
 
Appellate Defender Elizabeth A.
 Franklin-Best, of Columbia, for Appellant.
Attorney General Alan M. Wilson, Chief
 Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General
 Salley W. Elliott, and Assistant Attorney General William M. Blitch, Jr., all
 of Columbia; and Solicitor Scarlett A. Wilson, of Charleston, for Respondent.
 
 
 

PER CURIAM:  Lamont
 Antwan Delaney appeals his convictions for trafficking in cocaine, trafficking
 in cocaine base, possession with intent to distribute (PWID) cocaine within
 proximity of a school, PWID cocaine base within proximity of a school, and
 possession of a firearm during the commission of a violent crime.  He argues
 the circuit court erred in (1) denying his right to confront a witness against
 him and (2) admitting an involuntary confession.  We affirm[1] pursuant to Rule 220(b)(1), SCACR, and the following authorities:
1.  As to whether the circuit court
 denied Delaney his confrontation rights: State v. Dunbar, 356 S.C. 138,
 142, 587 S.E.2d 691, 694 (2003) ("A party may not argue one ground at
 trial and an alternate ground on appeal.").
2.  As to whether the
 circuit court erred in finding Delaney's confession was voluntary: State v.
 Franklin, 390 S.C. 535, 539, 702 S.E.2d 568, 570 (Ct. App. 2010) ("The
 [circuit] court's factual conclusions as to the voluntariness of a statement
 will not be disturbed on appeal unless so manifestly erroneous as to constitute
 an abuse of discretion.").
AFFIRMED.
HUFF, PIEPER, and LOCKEMY, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.